# United States District Court

WESTERN DISTRICT OF WASHINGTON

PATRICK MURPHY,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

JUDGMENT IN A CIVIL CASE

Case No. 3:09-cv-05619-KLS

____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) the ALJ improperly determined plaintiff to be not disabled. Accordingly, the ALJ's decision hereby is REVERSED and REMANDED for further administrative proceedings in accordance with the findings.

| | |
|---|---|
| December 22, 2010 | WILLIAM M. McCOOL |
| Date | Clerk |

*s/ Mary Trent*
Deputy Clerk